**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Robert Aaron Peterson, | Civil No. 11-2578 (RHK/FLN) |
| Plaintiff, | **ORDER FOR PARTIAL DISMISSAL** |
| vs. | |
| Officer Michael Kopp, in his individual and official capacities, and Metropolitan Council, | |
| Defendants. | |

---

Pursuant to the parties' Stipulation for Partial Dismissal (Doc. No. 14), **IT IS ORDERED** that Count IV of Plaintiff's First Amended Complaint in the above-captioned matter is **DISMISSED WITH PREJUDICE** without further costs, disbursements or attorneys' fees to either party.

Dated:  June 26, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
